JOHN CUNNINGTON ET AL., APPELLANT, *v.* JOHN S. SCOTT ET AL., RESPONDENTS.

REHEARING DENIED.—On petition for rehearing ante p. 446.

*Messrs. Woods & Hoffman,* for appellants.

*Messrs. Marshall & Royle,* for respondents.

POWERS, J.:

The appellants petition for a rehearing, and insist that this court erred in its conclusions. A defeated party usually feels that the decision is not good law, but that furnishes no ground for a rehearing. This case was very ably argued, and we doubt if anything new could be suggested upon a rehearing. At any rate, under the previous decisions of this court, there is nothing stated in the petition that brings it within the rules we have laid down, with reference to granting a reargument of a case.

The petition is denied.

ZANE, C. J., and BOREMAN, J., concurred.